# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-00856-SSS(DTBx)** Date: **July 27, 2026**

Title: **Evox Productions, LLC v. Cargurus, Inc. et al.**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice
Deputy Clerk

RS-CS-4
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:
Jason Linger
Robert Allen

ATTORNEYS PRESENT FOR THIRD-PARTY:
Jessica Cohen-Nowak
Adam J. Kessel
Oliver James Richards

**PROCEEDINGS: INFORMAL DISCOVERY CONFERENCE**

The matter was called, and counsel stated their appearances on the record. Jason Linger, Esq., and Robert Allen, Esq., of Glasser Weil Fink Howard Jordan and Shapiro, LLP, appeared remotely on behalf of Plaintiff. Jessica Cohen-Nowak, Esq., Adam J. Kessel, Esq., and Oliver J. Richards, Esq., of Fish and Richardson, PC, appeared remotely on behalf of the Defendant.

The parties outlined the current discovery disputes, and each provided the Court with their respective positions. After discussion between the Court and counsel, the Court ordered the parties to further meet and confer regarding the two discovery disputes. The Court further emphasizes that counsel should cooperate and resolve disputes through compromise when possible.

If a further conference is required, the parties can reach out to the Court to schedule at DTB_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED**.

Time 0:40
Initials of Deputy Clerk rec